```
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
GREGORY F. HURLEY, Cal. Bar No. 126791 (pro hac vice forthcoming)
ghurley@sheppardmullin.com
MICHAEL J. CHILLEEN, Cal. Bar No. 210704 (pro hac vice forthcoming)
mchilleen@sheppardmullin.com
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993
Telephone:   714.513.5100
Facsimile:   714.513.5130

QUARLES & BRADY LLP
LAUREN ELLIOTT STINE, AZ Bar No. 025083
lauren.stine@quarles.com
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004
Telephone:   602.229.5200
Facsimile:   602.229.5690
```

*Attorneys for Defendant Dillon Real Estate Co Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals With Disabilities Foundation, Inc., a charitable non-profit foundation, <br><br> Plaintiff, <br><br> v. <br><br> Dillon Real Estate Co Inc; <br><br> Defendant. | Case No. <br><br> **NOTICE OF REMOVAL OF CIVIL ACTION** <br><br> (formerly Maricopa County Superior Court Case No. CV2016-010994) |

**TO THE CLERK OF THE COURT, PLAINTIFFS AND PLAINTIFFS' ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendant DILLON REAL ESTATE CO INC., (hereinafter "Defendant") hereby removes to this Court the state court action described

below, pursuant to 28 U.S.C. §§ 1331, 1441, 1443, 1446, and L.R. Civ. 3.6:

## I.    FILING AND SERVICE OF THE COMPLAINT.

1.    On August 3, 2016, plaintiff Advocates for American Disabled Individuals Foundation, Inc., ("Plaintiff") commenced an action in the Superior Court of the State of Arizona for the County of Maricopa (the "State Court"), Case Number CV2016-010994, by filing a Complaint entitled "*Advocates for Individuals with Disabilities Foundation, Inc. vs. Dillon Real Estate Co Inc.*" (the "State Court Action").

2.    On August 9, 2016, Defendant received a copy of the Complaint. Pursuant to L.R. Civ. 3.6, a true and correct copy of the entire State Court Action record, including the Complaint and Summons, is attached hereto as Exhibit "A". Undersigned counsel verifies that Exhibit "A" contains a complete copy of the filings in the State Court Action. A true and correct copy of such Verification is attached here as Exhibit "B".

3.    Defendant has not yet responded to the Complaint. To Defendant's knowledge, no other defendant has been served or named. *See Salveson vs. Western States Bankcard Ass'n*, 731 F.2d 1423, 1429 (9th Cir. 1984) (defendant need not join in or consent to the notice of removal if the nonjoining defendant has not been served with process in the state action at the time the notice of removal is filed.).

## II.    THIS COURT HAS FEDERAL QUESTION JURISDICTION.

4.    This action is a civil action for which this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and is one which may be removed pursuant to 28 U.S.C. § 1441(a) and 28 U.S.C. § 1443, in that it appears from the Complaint that Plaintiffs have filed a civil rights action, and their claims are founded on a claim or right arising under the laws of the United States.

5.    More specifically, it appears from the Complaint that this is a civil rights action alleging violations of the Americans with Disabilities Act, 42 U.S.C. § 12182 *et seq.* (Complaint ¶¶ 30-36).

### III. THIS NOTICE OF REMOVAL IS TIMELY AND PROPERLY FILED.

6. The filing of this Notice of Removal is filed within the time period required under 28 U.S.C. § 1446(a).

7. Defendant will give written notice of the filing of this Notice of Removal to all adverse parties as required by 28 U.S.C. § 1446(d) and will file a copy of this Notice of Removal within the State Court, as further required by that Section. A true and correct copy of the Notice to Adverse Parties and to Superior Court of Removal of Action to Federal Court that will be filed with the State Court is attached as Exhibit "C".

8. Venue is proper in this Court because the action is being removed from the Superior Court in the County of Maricopa.

9. The undersigned counsel for Defendant has read the foregoing and signs the Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure, as required by 28 U.S.C. § 1446(a).

WHEREFORE, Defendant prays that the above action now pending against it in the State Court be removed to this Court.

RESPECTFULLY SUBMITTED this 18th day of August, 2016.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
A Limited Liability Partnership
Including Professional Corporations
650 Town Center Drive, 4th Floor
Costa Mesa, California 92626-1993

QUARLES & BRADY LLP
Renaissance One
Two North Central Avenue
Phoenix, AZ  85004-2391

By /s/ Lauren Elliott Stine
    Lauren Elliott Stine

*Attorneys for Defendant Dillon Real Estate Co Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant, and mailed a copy of same to the following if non-registrants, this 18th day of August 2016:

> Peter Strojnik
> Strojnik P.C.
> 1 East Washington Street, Suite 500
> Phoenix, Arizona  85004
> *Attorneys for Plaintiff*

/s/ Maria Marotta

QB\41149329.1