# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Advocates for Individuals with Disabilities Foundation Incorporated,<br><br>Plaintiff,<br><br>v.<br><br>Dillon Real Estate Company Incorporated,<br><br>Defendant. | No. CV-16-02781-PHX-SRB<br><br>**ORDER** |

This Court concurs with the ruling in CV16-2375-PHX-DGC that Plaintiff lacks standing in this case;

IT IS ORDERED remanding this case to the Maricopa County Superior Court.

Dated this 7th day of October, 2016.

_____
Susan R. Bolton
United States District Judge